UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

JAMAAL JACKSON FERGUSON

      Plaintiff,

Case No.:

vs.

BARCLAYS BANK DELAWARE
SCOTT & ASSOCIATES, P.C.

      Defendants.

### DEFENDANT SCOTT & ASSOCIATES, P.C.'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Scott & Associates, P.C. ("Defendant"), by and through its undersigned counsel, respectfully notifies this Court of the removal of the above-captioned matter from the Court of Common Pleas of Allegheny County, Pennsylvania, identified by case number AR-26-001324, to the United States District Court for the Western District of Pennsylvania as follows:

1. Plaintiff Jamaal Jackson Ferguson ("Plaintiff") filed his state court complaint on February 19, 2026, in the Court of Common Pleas of Allegheny County, Pennsylvania.

2. This is a civil action based on Plaintiff's contention that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

3. Removal is proper because this case involves a federal question—purported violations of the FDCPA.

4. The state law claims concerning Defendant resolve around the same facts and circumstances as the FDCPA claim.

5. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

6. Venue is proper in this district under 28 U.S.C. 1446(a) because the state court where the suit has been pending is located in this district.

7. Removal is timely pursuant to 28 U.S.C. § 1446(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiffs' state court Petition. Defendants were served less than thirty (30) days before the filing of this Notice of Removal, on March 2, 2026.

8. Pursuant to U.S.C. § 1446(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

9. Defendant Barclays Bank Delaware has consented to this removal. **Exhibit B**.

10. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the Court of Common Pleas of Allegheny County, Pennsylvania.

11. Plaintiffs request a jury trial in the state court matter upon removal.

**WHEREFORE,** Defendant Scott & Associates, P.C. respectfully requests that the aforementioned State Court Action, now pending in the Court of Common Pleas of Allegheny County, Pennsylvania, be removed to the United States District Court for the Western District of Pennsylvania.

Dated: April 1, 2026

<div style="margin-left:40%">

**LIPPES MATHIAS LLP**

s/ Brendan H. Little
Brendan H. Little, Esq.
*Attorneys for Defendant Scott & Associates, P.C.*
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
T: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com

</div>