## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMAAL JACKSON FERGUSON,

        Plaintiff,

    vs.

BARCLAYS BANK DELAWARE;
and SCOTT & ASSOCIATES, P.C.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:26-cv-549

## <u>INITIAL SCHEDULING ORDER</u>

This action is brought under the Fair Debt Collection Practices Act and the Fair Credit Extension Uniformity Act, seeking damages less than the compulsory arbitration limits in state court (*i.e.*, less than $50,000.00). Given the nature of the case, and the Court's mandatory ADR program, the Court orders as follows:

**1.** **Discovery and Response to Complaint.** All discovery is stayed. Specifically, the parties are excused from any obligation to submit initial disclosures, to engage in formal discovery, and to confer and complete a Rule 26(f) discovery report and proposed discovery schedule. Defendant's obligation to answer or otherwise respond to the complaint is also stayed.

**2.** **ADR.** The parties are ordered to complete and file an ADR stipulation by **April 17, 2026**. The ADR session must be completed by **July 2, 2026**. If the parties' preferred neutral lacks availability to complete the ADR session within that time, the parties must select someone else. The Court's database of neutrals can be found here: http://www2.pawd.uscourts.gov/Applications/pawd_adr/Pages/ADRNeutralSearch.cfm. All counsel and party representatives may participate in the ADR

session remotely, such as by phone or video, without seeking further leave of court.  The Court has been advised that other successful ADR sessions have been completed via Zoom, and the parties should confer with the neutral on the use of this technology in this case.  The parties should engage in any voluntary exchange of information that they believe is necessary to make the ADR session productive.

**3.      Further Scheduling.**  If the case is not resolved by the conclusion of the ADR session, the Court will issue an order scheduling an initial case management conference, so that a discovery schedule can be implemented.

**4.      Objections.**  Any objections to this order or requests to modify this order must be filed by **April 10, 2026**.

Dated: April 3, 2026

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge